HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KEVIN HARVEY,

    Defendant.

Case No.  CR04-5350  RBL

ORDER DIRECTING APPOINTMENT OF COUNSEL

This Court has been advised by lawyers for the prosecution and the lawyer for the defense that the lawyer now representing Mr. Harvey is no longer authorized to practice law in the State of Washington and therefore is no longer authorized to practice law before this Court.  The duration of this disability is unknown to the Court.  This matter was scheduled for sentencing on Friday, September 16, 2005.  The Court hereby **STRIKES** the sentencing date and **ORDERS** that new counsel be appointed from the CJA Panel.  The Court further **ORDERS** that once new counsel is appointed, that a formal withdrawal and substitution of counsel order be submitted to the Court for its signature.  A new sentencing date will be scheduled at a time convenient for the parties.

Dated this 16th day of September, 2005.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1